IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN BARNES, Inmate #M17905, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BILLY J. COLSON, )<br>GERMAN TANNER, )<br>and PAM PEASE, )<br>)<br>Defendants. ) | Case No. 11-cv-0815-MJR |

MEMORANDUM AND ORDER DISMISSING CASE

REAGAN, District Judge:

On January 11, 2012, Plaintiff was ordered to provide the Court with his current address no later than February 8, 2012 (Doc. 12). Plaintiff clearly was warned in that Order that failure to do so could result in dismissal of this case. The Notice of Impending Dismissal was mailed to Plaintiff at the address on file with the Clerk's Office in this action – c/o Tamms Correctional Center, 8500 Supermax Road, Tamms, Illinois, 62988.

On January 24, 2012, the Order was returned to this Court as undeliverable. The date to notify this Court of Plaintiff's change of address has passed, and Plaintiff has failed to do so. As a result, this action is **DISMISSED** without prejudice, for failure to comply with an Order of this Court. FED. R. CIV. P. 41(b). *See generally Ladien v. Astrachan,* **128 F.3d 1051 (7th Cir. 1997)**; *Johnson v. Kamminga,* **34 F.3d 466 (7th Cir. 1994).** Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $350 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467

(7th Cir. 1998).  All pending motions are **DENIED as moot**.  The Clerk's Office is **DIRECTED** to close this case.

        IT IS SO ORDERED.

        DATED February 14, 2012.

                                      s/ MICHAEL J. REAGAN  
                                      Michael J. Reagan  
                                      United States District Judge